**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF OHIO, ) ) ) | CASE NO. 1:11-cv-1469 |
| Plaintiff, ) ) ) | MAGISTRATE JUDGE |
| v. ) ) | NANCY A. VECCHIARELLI |
| ELECTROLUX HOME PRODUCTS, INC., ) ) ) ) | |
| Defendant. ) | **NOTICE AND ORDER** |

**TAKE NOTICE** this case is scheduled for a telephone status conference on **Tuesday, July 31, 2012, at 9:30 a.m.** before the Honorable Nancy A. Vecchiarelli, United States Magistrate Judge. Only counsel are required to participate. Plaintiff's counsel shall host the call and join in opposing counsel and finally this Court at (216) 357-7130. Opposing counsel is responsible for informing Plaintiff's counsel of the telephone number where she can be contacted for the conference call. Counsel should be prepared to discuss the status of mediation efforts and case management

deadlines, as well as trial dates.

**Cellular telephones or other mobile devices are not an acceptable means of conferencing with this Court.**

**IT IS SO ORDERED.**

                                                s/ *Nancy A. Vecchiarelli*
                                                NANCY A. VECCHIARELLI
                                                U.S. MAGISTRATE JUDGE

Date: January 20, 2012